**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARSALAN RAHIMI,<br><br>     Petitioner,<br><br>  v.<br><br>FERETI SEMAIA, *et al.*,<br><br>     Respondents. | Case No. ED CV 26-00116-DMG<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.


DATED:  January 27, 2026

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE